# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SCOTT D. MICHALESKO,** | : | |
| Plaintiff | : | CIVIL ACTION NO. 3:13-2634 |
| v. | : | (MANNION, D.J.) |
| **FREELAND BOROUGH,** *et al.,* | : | |
| Defendants | : | |

## ORDER

For the reasons listed in the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

1. The defendants' Motion for Summary Judgment, (Doc. 44), is **GRANTED**;

2. The Clerk of Courts is directed to close this case.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: July 2, 2015**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2013 MEMORANDA\13-2634-02-order.wpd